# Court of Appeals
# of the State of Georgia

ATLANTA,   June 24, 2013    

*The Court of Appeals hereby passes the following order:*

**A13A1984.  PAMELA BUTLER v. THE STATE.**

In April of 2007, Pamela Butler pled guilty to two counts of obstruction of a law enforcement officer, interference with government property, and aggravated assault.  Butler filed a motion for out of time appeal and a motion for new trial, both of which the trial court denied on January 23, 2013.  Butler filed this direct appeal on May 10, 2013, from the order denying her motion for new trial.  We lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the order on appeal.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Butler filed her notice of appeal 107 days after entry of the order she seeks to challenge.  Her appeal is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/24/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*